No. 61414.—Plymouth Import Co. v. United States, protests 135195–K and 138307–K (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of electrical sockets similar in all material respects to those the subject of *National Carloading Corp.* v. *United States* (44 C. C. P. A. 77, C. A. D. 640), the claim of the plaintiff was sustained.

No. 61415.—Plus Computing Machines, Inc. v. United States, protests 301947–K, etc. (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of key-driven calculating machines the same in all material respects as those the subject of *Plus Computing Machines, Inc.* v. *United States* (44 C. C. P. A. 160, C. A. D. 655), the claim of the plaintiff was sustained.

No. 61416.— J. Kalberman Company v. United States, protest 276462–K (New York).

Opinion by LAWRENCE, J. At the trial, the defendant moved in evidence the "Memorandum To Accompany Invoice" (exhibit A) and "Memorandum re Protest" (exhibit B), from which exhibits it appears that the articles in question do not have any gold content. On the record presented, the claim of the plaintiff was sustained.